C. A. CAMPBELL v. EVELYN CONNOR AND HUSBAND, JACK CONNOR, AND JOHN T. HENDERSON

No. 748A85

(Filed 6 May 1986)

APPEAL as a matter of right pursuant to N.C.G.S. § 7A-30(2), from a decision of a divided panel of the Court of Appeals, 77 N.C. App. 627, 335 S.E. 2d 788 (1985), awarding a new trial. Heard in the Supreme Court 14 April 1986.

*Pope, McMillan, Gourley & Kutteh, by William H. McMillan, for petitioner-appellant.*

*McElwee, McElwee, Cannon & Warden, by E. Bedford Cannon, for respondent-appellees.*

PER CURIAM.

Affirmed.